UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROBERT C. BANTANG, JR.,<br><br>Defendant. | 12-148 (KSH)<br>~~Mag. No.: 11-3135~~<br><br>CONSENT ORDER REGARDING<br>CONDITIONS OF BAIL |

THIS MATTER having been brought before the Court upon the application of Defendant Robert C. Bantang, Jr., (Michael A. Baldassare, Esq., appearing), and the Government (Leslie F. Schwartz, Assistant U.S. Attorney, appearing) having consented to the relief granted herein, and for good cause shown, it is on this 28th day of March 2012:

ORDERED that the Defendant shall be permitted to travel out of the State of New Jersey from Tuesday, April 3, 2012, until Wednesday, April 11, 2012, for the purposes of attending a family vacation in Punta Cana, Dominican Republic; and it is further

ORDERED that Pretrial Services return Defendant's passport to him for the limited purpose of traveling to the Dominican Republic on the above-referenced dates; and it is further

ORDERED that upon his return from the above-referenced trip, Defendant will return his passport to Pretrial Services forthwith; and it is further

ORDERED that all other conditions of release set forth in the Court's August 4, 2011 order (Docket No. 5) shall remain in place.

*Katharine S. Hayden*
Katharine S. Hayden, USDJ